# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 17-3044-01-CR-SRB |
| BRYAN L. GREGORY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation recommending that Defendant's Motion to Suppress Evidence be denied. (Doc. #63). On August 17, 2018, Defendant filed a response stating he had no objection to the report and recommendation. After an independent and careful review of the record and the applicable law, the Court ADOPTS Judge Rush's Report and Recommendation. (Doc. #63). Defendant's Motion to Suppress Evidence (Doc. #28) and Defendant's *pro se* supplemental motion (Doc. #34) are DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

Date: August 20, 2018