## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Stephen R. Bough

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 17-03044-01-CR-S-SRB |
| vs. | Date: March 6, 2019 |
| BRYAN L. GREGORY | |

| | |
|---|---|
| Plaintiff Counsel | Defendant Counsel |
| Casey Clark, AUSA | Brady Musgrave |

| | |
|---|---|
| Time Commenced:    8:30 a.m. | Time Terminated:  9:25 a.m. |

CONTESTED

Court orally denies Pro Motions No. 86 and 93 for the reasons set forth on the record.  Defense counsel orally moves for continuance.  Court orally denies the motion.
Defendant orally moves to terminate counsel.  Record made.  Defendant withdraws the motion.

Government calls Officer Kyle Ellison.  Witness sworn.  Direct 8:43 a.m.  Cross 8:48 a.m.
Court takes up objections to the PSR and orally rules as set forth on the record.

Total Offense Level: 25 Criminal History Category: V  Imprisonment Range 100-125 months, TSR  3 years, Fine 20,000-200,000, Special Assessment: $100, Restitution N/A.

The Defendant is sentenced to Count(s) 1.

INCARCERATION:
The Court hereby orders the defendant to serve the following term of incarceration with the FBP.
        120 months.
Defendant is hereby remanded to the custody of U.S. Marshal.

SUPERVISED RELEASE:
The Court hereby orders the defendant to the following term of Supervised Release.
        3 years.

SPECIAL CONDITIONS OF SUPERVISED RELEASE:
The following special conditions of Supervised Release are:
        See J&C for special conditions of supervised release.

FINE:
Fine Waived.

RESTITUTION:
N/A

SPECIAL ASSESSMENT:
The Court imposes the following Special Assessment: 100.00

The Court advises the Defendant he has the right to appeal.

Court Reporter: Judy Moore          Tracy Diefenbach, Courtroom Deputy